◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE McKNIGHT, Also Known as ALLEN HAWKINS, Appellant. [604 NYS2d 819] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Corrado, J.), rendered June 11, 1992, convicting him of criminal facilitation in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We agree with the People that the defendant's challenge to the validity of his waiver of the right to a jury trial has not

been preserved for appellate review *(see,* CPL 470.05 [2]; *People v Magnano,* 77 NY2d 941, *affg* 158 AD2d 979, *cert denied* — US —, 112 S Ct 189; *People v Johnson,* 51 NY2d 986; *People v Ospina,* 192 AD2d 680; *People v Pelaccio,* 159 AD2d 734; *People v Sierra,* 143 AD2d 1065). In any event, the record adequately demonstrates that the defendant's written jury waiver was made knowingly and voluntarily in open court *(see, People v Magnano,* 158 AD2d 979, *supra; People v Ospina, supra).* Thompson, J. P., Balletta, Miller and Joy, JJ., concur.